No. 839. HENRY VAN HUMMELL, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Morrison Shafroth* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Meyer Rothwacks* for respondent. ■

No. 866. DUBIN *v.* UNITED STATES. Ct. Cl. Certiorari denied. *J. Frederic Taylor* and *James B. Burke* for petitioner. *Solicitor General Marshall* for the United States.

No. 873. COLOZZO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Irving Younger* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 885. BRAUER ET AL. *v.* CITY OF CLEVELAND. Sup. Ct. Ohio. Certiorari denied. *Henry DuLaurence* and *Paul H. Oppmann* for petitioners. *Daniel J. O'Loughlin* for respondent.

No. 893. SNYDER BROTHERS CO. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Furman Smith* and *Kirk McAlpin* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Harold C. Wilkenfeld* for the United States.

No. 985. NEUHOFF BROS. PACKERS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Fritz L. Lyne* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Eugene B. Granof* for respondent. ■